

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| JORGE HUMBERTO ZARAGOZA FUENTES, | § | No. 08-16-00288-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| V. | § | 448th District Court |
| | § | |
| PEDRO ZARAGOZA FUENTES, RANCHO PRODUCTOR DE LECHE ZARAGOZA HERMANOS, S.A. DE C.V., AND ZARGEO, INC., | § | of El Paso County, Texas |
| | § | (TC# 2012-DCV04174) |
| | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on Appellant Jorge Humberto Zaragoza Fuentes' and Cross-Appellants Pedro Zaragoza Fuentes and Zargeo, Inc.'s motion to dismiss the appeal and cross-appeal and concludes that the appeals should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeals. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.